## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE



**Randall C. Lohan**
Clerk of Court

**Robert L. Rebeck**
Chief Deputy

U.S. Courthouse
844 N. King Street
Unit 18
Wilmington, DE 19801
(302) 573-6170

September 19, 2025

David C. Holman
Crisham & Holman, LLC
2549 West Main Street, Suite 202
Littleton, CO 80120

Chad T. Nitta
Kutak Rock LLP
2001 16th Street, Suite 1800
Denver, CO 80202

William R. Thomas
O'Hagan Meyer
1331 17th Street, Suite 350
Denver, CO 80202

      RE:    <u>C.A. No. 25-1165-UNA, Urban Interests, LLC v. Fluid Market, Inc., et al.</u>
             Association with Delaware Counsel

Dear Counsel:

      The above-referenced civil action was transferred to the District of Delaware on 9/18/2025.

      Pursuant to Rule 83.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, it is required that all parties associate themselves with Delaware counsel.  Local Rule 83.5 (d) and (e) read as follows:

> (d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

September 19, 2025 Page 2

    (e) Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days after:

    (1) The filing of the first paper filed on its behalf; or
    (2) The filing of a case transferred or removed to this Court.

Failure to timely obtain such representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

    Therefore, please obtain Delaware counsel for your client and have that counsel enter an appearance on or before October 20, 2025.

    Sincerely,

    Randall C. Lohan
    CLERK OF COURT

/nms