IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

Urban Interests, LLC,

        Plaintiff,         Case No. 25-01165-JLH

    v.

Fluid Market, Inc., *et al.,*

        Defendants.

## NOTICE OF DISMISSAL OF FLUID MARKET, INC. AND FLUID FLEET SERVICES LLC WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Urban Interests, LLC hereby dismisses defendants Fluid Market, Inc. and Fluid Fleet Services, LLC without prejudice.

Dated: October 10, 2025

BIELLI & KLAUDER, LLC

*/s/ David M. Klauder*
David M. Klauder, Esq. (No. 5769)
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

and

CRISHAM & HOLMAN LLC

David C. Holman (*pro hac vice application pending*)
Crisham & Holman LLC
2549 West Main Street, Suite 202
Littleton, CO 80122
Phone: (720) 739-2176
Email: dave@crishamholman.com

*Counsel to Urban Interests, LLC*