IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URBAN INTERESTS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-1165-JLH |
| FLUID MARKET, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED by Plaintiff Urban Interests LLC ("Plaintiff") and Defendants James Eberhard, Jenifer Snyder, HHK Vehicles, Inc., Thomas Scott Avila, and Paladin Management Group, LLC ("Defendants"), subject to the approval and Order of the Court, that the deadline for Defendants' Answering Brief to Plaintiff's Motion to Retransfer Venue (D.I. 129) is extended to Wednesday, November 26, 2025, and the deadline for Plaintiff's Reply Brief is extended to Monday, December 8, 2025.

| | |
|---|---|
| BIELLI & KLAUDER, LLC | ASHBY & GEDDES |
| */s/ David M. Klauder* | */s/ Brian A. Biggs* |
| David M. Klauder (#5769)<br>1204 North King Street<br>Wilmington, DE 19801<br>(302) 803-4600<br>dklauder@bk-legal.com | Brian A. Biggs (#5591)<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>bbiggs@ashbygeddes.com |
| *Attorney for Plaintiff* | *Attorney for Defendants James Eberhard, Jenifer Snyder and HHK Vehicles, Inc.* |
| Dated: November 14, 2025 | |

O'HAGAN MEYER, PLLC

*/s/ Alan D. Albert*

_____
Alan D. Albert (#6258)
800 North King Street, Plaza Suite 1
Wilmington, DE 19801
Phone (302) 492-2151
aalbert@ohaganmeyer.com

*Attorneys for Defendants Thomas Scott Avila and Paladin Management Group, LLC*

**SO ORDERED** this _____ day of _____, 2025.

_____
United States District Judge

2