IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URBAN INTERESTS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-1165-JLH |
| | ) |
| HHK VEHICLES, INC., JAMES EBERHARD, JENIFER SNYDER, THOMAS SCOTT AVILA, and PALADIN MANAGEMENT GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of F. Troupe Mickler IV as Delaware counsel for the defendants James Eberhard, Jenifer Snyder and HHK Vehicles, Inc. in this action.

*Of Counsel:*

Chad T. Nitta
Shelby L. Morbach
KUTAK ROCK
2001 16th Street, Suite 1800
Denver, CO 80202
(303) 297-2400
chad.nitta@kutakrock.com
shelby.morbach@kutakrock.com

Dated: December 19, 2025

ASHBY & GEDDES

*/s/ F. Troupe Mickler IV*
_____
Gregory A. Taylor (#4008)
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
(302) 654-1888
gtaylor@ashbygeddes.com
tmickler@ashbygeddes.com

*Attorneys for Defendants James Eberhard, Jenifer Snyder and HHK Vehicles, Inc.*

{02191719;v1 }