IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URBAN INTERESTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1165-JLH |
| | ) | |
| HHK VEHICLES, INC., JAMES | ) | |
| EBERHARD, JENIFER SNYDER, THOMAS | ) | |
| SCOTT AVILA, and PALADIN | ) | |
| MANAGEMENT GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of Brian A. Biggs as

counsel for Defendants James Eberhard, Jenifer Snyder and HHK Vehicles, Inc., and remove

him from the CM/ECF service list, as he is no longer associated with the law firm Ashby &

Geddes. Defendants James Eberhard, Jenifer Snyder and HHK Vehicles, Inc. will continue to be

represented by its remaining counsel of record.

ASHBY & GEDDES

/s/ F. Troupe Mickler IV

_____
Gregory A. Taylor (#4008)
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
(302) 654-1888
gtaylor@ashbygeddes.com
tmickler@ashbygeddes.com

*Of Counsel:*

Chad T. Nitta
Shelby L. Morbach
KUTAK ROCK
2001 16th Street, Suite 1800
Denver, CO 80202
(303) 297-2400
chad.nitta@kutakrock.com
shelby.morbach@kutakrock.com

*Attorneys for Defendants James Eberhard,
Jenifer Snyder and HHK Vehicles, Inc.*

Dated: December 19, 2025

{02191717;v1 }